■ (A) Shirley Fastenberg v. Bernice F. Simon. (B) Peter Feeney v. National Auto Renting Company et al. (C) Camardi's Blue Haven, Inc. v. British and Foreign Marine Insurance Company, Limited, et al. (D) Maxwell Mokot v. Lee J. Mokot. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ. (E) Tenth Street Apartments, Inc., v. Dodge Plumbing Co., Inc. (F) Rose Fago et al. v. Eng B. Ten et al. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.— [In each action] Motion to dismiss appeal granted, with $10 costs.

■ (A) The People of the State of New York v. Frank Briganti. (B) The People of the State of New York v. Eucephus F. Young, Sr. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ. (C) The People of the State of New York v. Leonard Lightburn. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.— [In each action] Motion to dismiss appeal granted unless appellant procures the record on appeal and appellant's points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached.

■ The People of the State of New York v. Domingo Torres.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

## (December 14, 1962)

■ In the Matter of David McKay et al. v. Teleprompter Corporation.— Motions for reargument, or for leave to appeal to the Court of Appeals and for a stay denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.